Gulczynski, Plaintiff, vs. Lynn Mutual Fire Insurance Company, Appellant: Wincek, Respondent.

For the appellant: *H. G. Haight* of Neillsville.

For the respondent: *I. E. Rasmus* of Chippewa Falls.

*By the Court.*—Judgment affirmed.

Nasvik and another, Copartners, Plaintiffs and Appellants, vs. Seaboard Surety Company, Defendant and Appellant: Zukowski and others, Respondents.

For the appellants: *Rush & Devos,* attorneys, of Neillsville, and *Paul C. Thomas* of counsel of St. Paul, Minnesota.

For the respondents: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

*By the Court.*—Judgment affirmed.

*January 7, 1936.*

Lobs, Appellant, vs. Onsgard and another, Respondents.

For the appellant: *George F. Lange* of Madison.

For the respondents: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Order affirmed.